IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-822-RJC-DCK

| | |
|---|---|
| ANDRES BORRERO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| COMPASS GROUP USA, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 45) filed by Marla T. Reschly, concerning Nicole C. Mueller, on December 8, 2023. Nicole C. Mueller seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 45) is **GRANTED**. Nicole C. Mueller is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: December 10, 2023

David C. Keesler
United States Magistrate Judge