IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-822-RJC-DCK

| | |
|---|---|
| ANDRES BORRERO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| COMPASS GROUP USA, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the second "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 46) filed by Marla T. Reschly, concerning Nicole C. Mueller, on December 8, 2023. By the instant motion, Nicole C. Mueller again seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, the Court will deny the motion.

The undersigned notes that Document Nos. 45 and 46 appear to be duplicates that both seek *pro hac vice* admission for Nicole C. Mueller. The Court will grant Document No. 45 and deny Document No. 46. It appears that Defendant may have intended to seek admission for a different attorney; if so, Defendant may re-file a motion with the correct information.

**IT IS, THEREFORE, ORDERED** that the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 46) is **DENIED**.

**SO ORDERED**.

Signed: December 11, 2023

David C. Keesler
United States Magistrate Judge